# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Daniel Sullivan

             V.                                  **JUDGMENT IN A CIVIL CASE**

Donald C. Winter

                                                CASE NUMBER:    04cv0003-H(POR)

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Order granting defendant's motion for summary judgment............................................................................

| September 5, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/R. Rhone |
|  | (By) Deputy Clerk |
|  | ENTERED ON September 5, 2006 |